# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | Case No.: 03:94-CR-44-ECR-RAM |
| vs | USM No.: |
| DONALD LEROY HOGAN, | |

Date of Original Judgment: ___9/16/1996_____
Date of Previous Amended Judgment _____

___In Pro Per_____
Defendant's Attorney

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. 3582(c)(2)

Upon motion of the ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court under 18 U.S.C. 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG 1B1.10 and the sentencing factors set forth in U.S.C. 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  DENIED,

Except as otherwise provided, all provisions of the judgment dated __9/16/1996_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _5/24/2012_____    _Edward C. Reed._____
                                          Judge's Signature

Effective Date: ___5/24/2012_____    _____
         (If different from order date)    EDWARD C. REED, JR., SENIOR USDJ