UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case no. 3:94-cr-00044-LRH-WGC |
| Plaintiff, | ) |
| | ) <u>ORDER</u> |
| vs. | ) |
| | ) |
| DONALD LEROY HOGAN, | ) |
| | ) |
| Defendant. | ) |

Before the court is Defendant's Rule 36 Motion to Correct Clerical Mistake/Error (#1340)[1] in which Defendant seeks to "correct a "MISTAKE/ERROR" which has resulted in an incorrect calculation under the Sentencing Guidelines."

While Defendant is correct that Rule 36 may be invoked at any time to correct a clerical error, the "error" he points out in his motion is in fact a challenge to the point calculation made by the U.S. Probation Office in the Presentence Investigation Report ("PSR"), and not a clerical error made by the court. Defendant contests the two points added in the PSR on page 23, paragraph 80:

> At the time the instant offense was committed, the defendant was under supervision for the offense and conviction entered on 1-10-92. Pursuant to U.S.S.G. § 4A1.1(d), two points were added.

Pursuant to Federal Rule of Criminal Procedure 35(a), any such correction – one resulting from arithmetical, technical, or other clear error – must be made within fourteen (14) days after sentencing. Defendant's sentencing took place on September 16, 1996; his motion, therefore, is

---

[1] Refers to the court's docketing number.

untimely and the court shall deny it as such.

In addition, Defendant did present his objections to the PSR at the time of sentencing, and no objection was made to paragraph 80 at that time.

IT IS THEREFORE ORDERED that Defendant's Rule 36 Motion to Correct Clerical Mistake/Error (#1340) is DENIED.

IT IS SO ORDERED.

DATED this 29th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE